# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## ARRAIGNMENT MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | BEFORE: DAVID T. SCHULTZ |
| v. | U.S. Magistrate Judge |
| Khalid Ahmed Dayib (3), | |
| Defendant. | |

Case No:        25-cr-349 (MJD/JFD)
Date:           September 18, 2025
Courthouse:     Minneapolis
Courtroom:      9W
Time Commenced: 2:17 p.m.
Time Concluded: 2:18 p.m.
Time in Court:  1 minute

APPEARANCES:

Plaintiff: Daniel Bobier, Assistant U.S. Attorney
           Joe Thomspon, Acting U.S. Attorney
Defendant: Catherine Turner
X CJA    X To be appointed for purposes of today. Defendant looking into retaining counsel.

**Indictment Dated:** September 17, 2025

X Reading of Indictment Waived    X Not Guilty Plea Entered

Other Remarks:
X Counsel to be notified of additional dates by separate Order to be issued.

*s/ms*
Signature of Courtroom Deputy