# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA

    v.   Criminal No.  25-349 (JWB/JFD)

MOKTAR HASSAN ADEN, ET AL.

_____

UNITED STATES OF AMERICA

    v.   Criminal No.  25-351 (JMB/DJF)

CHRISTOPHER ADESOJI FALADE, ET AL.

_____

UNITED STATES OF AMERICA

    v.   Criminal No.  25-353 (PAM)

ANWAR AHMED ADOW

_____

UNITED STATES OF AMERICA

    v.   Criminal No.  25-354 (ADM)

ASAD AHMED ADOW

_____

## NOTICE TO THE COURT OF POSSIBLE RELATED CASES

    The undersigned attorney hereby notifies the Court and counsel that the above-captioned cases are related for the following reasons:

■  The cases involve the same act or transaction connected with or constituting a part of a common conspiracy, scheme, or plan;

- The cases arise out of the same operative set of facts, behavioral episode or course of conduct whether the prior cases are open or closed;

- The cases arise out of the same or related investigations and have temporal proximity; and

- The cases stem from an investigation of a common organization; e.g., a particular gang, corporation, financial institution, etc., and the cases involve common personnel and/or factual scenarios.

Dated: September 22, 2025								Respectfully submitted,

									JOSEPH H. THOMPSON
									Acting United States Attorney

									 /s/ *Daniel W. Bobier*
								BY:	DANIEL W. BOBIER
									Assistant United States Attorney