F#11862868

# UNITED STATES DISTRICT COURT

RECEIVED

### for the

### District of Minnesota

OCT 0 2 2025

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

| United States of America | ) | |
| v. | ) | SEALED |
| | ) | Case No. CR 25-349 MJD/JFD |
| Moktar Hassan Aden (1) | ) | |
| | ) | |
| | ) | **RECEIVED** |
| | ) | By U.S. Marshals Service, Minneapolis, MN at 6:00 pm, Sep 17, 2025 |

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

          **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Moktar Hassan Aden                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint

☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:          ☐ Pretrial Release Violation Petition
Counts 1-6: Wire Fraud 18:1343

Date:  09/17/2025                                                  _____ M. Fogarty_____
                                                                                    *Issuing officer's signature*

City and state:     Minneapolis, MN                        Kate M. Fogarty, Clerk of Court
                                                                                    *Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date:  ARRESTED ON  9/18/2025 <br> ARRESTED BY  RBE <br> U.S. MARSHAL <br> DISTRICT OF MINNESOTA     _____ <br> *Arresting officer's signature* <br><br> _____ <br> *Printed name and title* SCANNED <br><br> BY _____ |

OCT 0 3 2025
U.S. DISTRICT COURT MPLS