UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-349 (JWB/JFD)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MOKTAR HASSAD ADEN, ET AL.,

    Defendants.

**NOTICE OF APPEARANCE**

Please add the following Assistant United States Attorney to the above-captioned case:

<u>Add AUSA</u>

Joseph H. Thompson

Dated: November 13, 2025

Respectfully submitted,

DANIEL N. ROSEN
United States Attorney

BY: *s/Joseph H. Thompson*
JOSEPH H. THOMPSON
Assistant U.S. Attorney