UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
25-CR-349(3)(JWB/JFD)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DEFENDANT'S MOTION** |
| v. | ) | **TO MODIFY CONDITIONS** |
| | ) | **OF RELEASE** |
| Moktar Hassan Aden, | ) | |
| Mustafa Dayib Ali, | ) | |
| Khalid Ahmed Dayib, | ) | |
| Abdifitah Mohamud Modhamed, | ) | |
| | ) | |
| Defendants. | ) | |

The Defendant, Khalid Dayib, on behalf of himself and the above-named defendants, by and through undersigned attorney, respectfully requests a modification in the conditions of release previously set by this Court on September 18, 2025. Specifically, Mr. Dayib requests that the condition 7(g) restricting contact between the defendants be modified to allow contact, with the direction not to speak about the case or proceedings.

Mr. Dayib is very ill with diabetes and stage 5 kidney disease, considered end-stage renal failure. He has recently been hospitalized and requires multiple sessions of dialysis every week. He remains at home while he recovers. The other defendants are aware that Mr. Dayib is gravely ill and share his request to be able to visit him under these circumstances. They have all been friends for a long time and want to be there to support each other, as well as pray together and with religious leaders in their community.

The defendants have reached an agreement with the intent of resolving this matter and are in the process of scheduling changes of plea with Judge Blackwell. The Government has been advised of the situation and has no objection to the modification allowing contact as long as they

refrain from discussing the case, which they will respect; there have been no issues on pretrial release since the Magistrate's original order.

Respectfully submitted,

Dated: June 23, 2026

/s/Catherine Turner

Catherine L. Turner
MN Attorney ID #0349057
331 Second Avenue South
Suite 705
Minneapolis, MN 55401
Tel: (612) 361-4895
Fax: (866) 663-4338
E-mail: ct@feddefense.com