UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-349 (JWB/JFD)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ABDIFITAH MOHAMUD MOHAMED,<br><br>Defendant. | MOTION TO EXTEND TIME FOR OBJECTIONS TO PRELIMINARY PSR |

Defendant Abdifitah Mohamud Mohamed moves to extend the time for objections to the preliminary presentence report for both parties in this matter by two weeks. Objections are currently due on October 19, 2026. Mr. Mohamed requests a new date of November 2, 2026, applicable to both parties.

The government, per DOJ Trial Attorney Raymond Beckering III, has indicated it has no objection to this motion.

Dated: October 16, 2026

Respectfully submitted,

*s/ Robert D. Richman*
ROBERT D. RICHMAN
Attorney ID No. 226142

LAW OFFICES OF
ROBERT D. RICHMAN, LLC
P.O. Box 16643
St. Louis Park, MN 55416
(651) 278-4987

Attorney for Defendant