UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
25-CR-349 (JWB/JFD)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DEFENDANTS' MOTION TO CONTINUE OBJECTIONS TO PRELIMINARY PSR** |
| v. | ) | |
| Moktar Hassan Aden, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Moktar Hassan Aden, by and through his undersigned attorney, respectfully requests this Court to continue the time for objections to the preliminary presentence report. Objections are currently due October 19, 2026. Defendant is requesting a new deadline of November 2, 2026.

The Government has no objection to this request.

Respectfully submitted,

Dated: October 16, 2026

*/s/ Christina Zauhar*
Christina Zauhar
MN Attorney ID #393503
7900 Xerxes Avenue South
Suite 1700
Bloomington, MN 55431
612-333-3673
czauhar@halbergdefense.com