UNITED STATES DISTRICT COURT
DISTRCIT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v. CASE NO. 0:25-cr-00349-JWB-JFD

MOKTAR HASSAN ADEN,
MUSTAFA DAYIB ALI,
KHALID AHMED DAYIB, and
ABDIFITAH MOHAMUD MOHAMED,

Defendants.

**UNITED STATES' SUPPLEMENTAL BRIEF ADDRESSING FRAUD LOSS**

In anticipation of a contested sentencing hearing addressing the fraud loss in the matter, the Court directed the Government to identify the specific amount of loss it intends to assert as well as the method and evidence supporting the fraud loss calculation. (Order to Submit Evidentiary Materials, Doc. No. 92). The Court's order further directed that parties may supplement sentencing submissions on the fraud loss as new information develops.

The Government filed its brief addressing the Court's inquiries, and the Court issued an additional order setting forth how it intends to handle the parties' respective burdens including the starting point for the loss calculation (the total claims paid based on alleged pervasive fraud) and evidence as to

legitimate services performed that would offset the total claims paid. (Order, Doc. No. 106).

Based on this direction, the parties have consulted, reviewed the investigative materials, and come to an agreement concerning a reasonable estimation of the fraud loss that would obviate the need for a contested sentencing hearing on that issue. The parties agree and stipulate that a reasonable estimation of the fraud loss under USSG § 2B1.1(b)(1) is $1.75 million and that, consequently, this number should also be the amount of restitution. The Government has additionally advised the Probation Office of this stipulation in order that it can be incorporated into the final PSRs for the respective defendants.

Respectfully submitted,

Date: November 17, 2026

DANIEL N. ROSEN
United States Attorney
District of Minnesota

COLIN M. MCDONALD
Assistant Attorney General
National Fraud Enforcement Division
United States Department of Justice

By: *<u>/s/ Raymond E. Beckering III</u>*
Raymond E. Beckering III
Trial Attorney
United States Department of Justice
1400 New York Avenue NW
Washington, DC 20005
202-262-8176
Raymond.Beckering.III@usdoj.gov