UNITED STATES DISTRICT COURT
DISTRCIT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v. CASE NO. 0:25-cr-00349-JWB-JFD

MOKTAR HASSAN ADEN,
MUSTAFA DAYIB ALI,
KHALID AHMED DAYIB, and
ABDIFITAH MOHAMUD MOHAMED,
Defendants.

# MOTION FOR LEAVE TO FILE UNITED STATES' CONSOLIDATED RESPONSE TO THE DRAFT PRESENTENCE REPORTS

## Introduction

The Probation Office filed draft Presentence Reports ("PSRs") in this matter, and, upon requests by several parties for extensions, the Court directed the parties to file their respective responses on dates ranging from October 28, 2026 to November 19, 2026. (Doc. Nos. 96, 99, 100, and 103).

In anticipation of a contested sentencing hearing addressing the fraud loss in the matter, the Court also directed the Government to identify the specific amount of loss it intends to assert as well as the method and evidence supporting the fraud loss calculation. (Order to Submit Evidentiary Materials, Doc. No. 92). The Court's order further directed that parties may supplement sentencing submissions on the fraud loss as new information develops. The Government filed its brief addressing the Court's inquiries, and the Court

issued an additional order setting forth how it intends to handle the parties' respective burdens including the starting point for the loss calculation (the total claims paid based on alleged pervasive fraud) and evidence as to legitimate services performed that would offset the total claims paid. (Order, Doc. No. 106).

Based on this direction from the Court, the parties reviewed the investigative materials and consulted concerning a reasonable estimation of the fraud loss that would obviate the need for a contested sentencing hearing on this issue. Given this review and negotiation with all four defendants, the Government advised the probation office that it wished to continue the filing of its responses to the draft PSRs until November 19, 2026, the date the PSR responses were due for the last defendant. (Doc. No. 103).

As set forth in the Government's Supplemental Brief Addressing Fraud Loss (Doc. No. 114), utilizing this additional time, the Government and all four defendants reached an agreement as to a reasonable estimation of the fraud loss under USSG § 2B1.1(b)(1). For these reasons, the Government respectfully requests leave to file its consolidated response to all four presentence reports at this time.

Respectfully submitted,

Date: November 17, 2026

DANIEL N. ROSEN
United States Attorney
District of Minnesota

COLIN M. MCDONALD
Assistant Attorney General
National Fraud Enforcement Division
United States Department of Justice

By: _/s/ Raymond E. Beckering III_
Raymond E. Beckering III
Trial Attorney
United States Department of Justice
1400 New York Avenue NW
Washington, DC 20005
202-262-8176
Raymond.Beckering.III@usdoj.gov