UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-349 (JWB/JFD)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ABDIFITAH MOHAMUD MOHAMED,<br><br>Defendant. | ) | MOTION TO EXTEND TIME FOR SENTENCING MEMORANDA |

Defendant Abdifitah Mohamud Mohamed moves to extend the time for the filing of sentencing memoranda in the matter referenced above. Sentencing memoranda are currently due on December 3, 2026. Mr. Mohamed requests a new date of two weeks before the date set for sentencing, applicable to both parties.

In support of this motion, Mr. Mohamed states that undersigned counsel will be out of state on vacation from November 29, 2026 until December 2, 2026. Sentencing memoranda are currently due the next day. No sentencing date has yet been set.

The government, per DOJ Trial Attorney Raymond Beckering III, has indicated it has no objection to this motion.

Dated: November 23, 2026

Respectfully submitted,

*s/ Robert D. Richman*
ROBERT D. RICHMAN
Attorney ID No. 226142

LAW OFFICES OF
ROBERT D. RICHMAN, LLC
P.O. Box 16643
St. Louis Park, MN 55416
(651) 278-4987

Attorney for Defendant